**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**MARIO G. BERNADEL**  **PETITIONER**
**REG #85253-008**

v.   **CASE NO. 2:16-CV-00097 BSM**

**C.V. RIVERA, Warden,**
**Federal Correctional Complex,**
**Forrest City, Arkansas**   **RESPONDENT**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Beth Deere [Doc. No. 4] has been reviewed. In response to the RD, petitioner Mario Bernadel filed a memorandum of law in support of his petition for writ of habeas corpus [Doc. No. 1]. *See* Doc. No. 8. After a review of the entire record, the RD is adopted.

Accordingly, Bernadel's petition for writ of habeas corpus [Doc. No. 1] is dismissed without prejudice for lack of jurisdiction and his motions for judgment [Doc. No. 2] are denied as moot.

IT IS SO ORDERED this 13th day of October 2016.

UNITED STATES DISTRICT JUDGE