**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**MARIO G. BERNADEL**                                                  **PETITIONER**
**REG #85253-008**

**v.**                  **CASE NO. 2:16-CV-00097 BSM**

**C.V. RIVERA, Warden,**
Federal Correctional Complex,
**Forrest City, Arkansas**                                              **RESPONDENT**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Beth Deere [Doc. No. 4] and objections submitted by Mario Bernadel [Doc. No. 16] have been reviewed.  After a review of the entire record, the RD is adopted.

Accordingly, Bernadel's petition for writ of habeas corpus [Doc. No. 1] is dismissed without prejudice for lack of jurisdiction and his motions for judgment [Doc. No. 2] are denied as moot.

IT IS SO ORDERED this 29th day of December 2016.

_____
UNITED STATES DISTRICT JUDGE